NICHOLAS VOEVODINE, Appellant, *v.* GOVERNMENT OF THE COMMANDER-IN-CHIEF OF THE ARMED FORCES IN THE SOUTH OF RUSSIA, Defendant, and PETER A. MOROSOFF, Respondent.

(Submitted September 30, 1931; decided October 20, 1931.)

558

*Borris M. Komar* for appellant.

*Frederic R. Coudert, Jr.*, and *Mahlon B. Doing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.